1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11                                            )
    MYCHAEL SHANNON,                          )        1: 03 CV F 5035 OWW DLB P
12                                            )
                            Plaintiff,        )        ORDER DISMISSING ACTION
13                                            )        PURSUANT TO PLAINTIFF'S
            v.                                )        NOTICE OF VOLUNTARY
14                                            )        DISMISSAL
    RANGEL, et al.,                           )        (DOC # 26)
15                                            )
                            Defendants.       )
16   _____)

17

18

            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action
19
    pursuant to 42 U.S.C. section 1983.
20
            On April 24, 2006, plaintiff filed a request to dismiss this action.  Pursuant to Federal Rule of
21
    Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before
22
    service by the adverse party of an answer or of a motion for summary judgment.  None of the
23
    defendants named in this action have been served with the complaint, thus they have not filed an
24
    answer or other responsive pleading.
25
            Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal
26
    and the Clerk of Court is directed to close the file in this action.
27
             IT IS SO ORDERED.
28

U.S. District Court
E. D. California                                        1

1

3c0hj8

**Dated:**   **May 1, 2006**                    **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California